UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| No. | CV 21-10051-JGB (AS) | Date | March 28, 2022 |
|---|---|---|---|
| Title | *John Ernest Dade v. Warden Birkholz,* | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | Not reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**     **ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On January 5, 2022, the Court issued an Order directing Petitioner to file a First Amended Petition for Writ of Habeas Corpus by a Person in Federal Custody, pursuant to 28 U.S.C. § 2241 ("First Amended Petition"), no later than February 4, 2022, if he still wished to pursue this action. (Dkt. No. 5).

The Court's January 5, 2022 Order stated the following: "Petitioner is advised that his failure to comply with the above requirements may result in a recommendation that this action be dismissed for failure to comply with the Court's Order and/or for failure to prosecute pursuant to Fed.R.Civ.P 41(b)." Id. (citing to Pagtalunan v. Galaza, 291 F.3d 639 (9th Cir. 2002)).

On February 3, 2022, the Court granted Petitioner's request for an extension of time to file a First Amended Petition to March 21, 2022. (Dkt. No. 9). The Court's Order, mailed to Petitioner at his address of record, was returned to the Court undelivered. (Dkt. No. 10). On February 22, 2022, the Court issued an order requiring Petitioner to provide the Court with his current address pursuant to Local Rule 41-6 no later than ten days from the date of the Order. (Dkt. No. 11).

To date, Petitioner has failed to file a First Amended Petition, request an extension of time to do so, provide an updated address, or otherwise communicate with the Court.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| No. | CV 21-10051-JGB (AS) | Date | March 28, 2022 |
|---|---|---|---|
| Title | *John Ernest Dade v. Warden Birkholz,* | | |

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order (by no later than **April 28, 2022**), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b).

Petitioner may discharge this Order by filing a First Amended Petition which complies with the Court's January 5, 2022 Order, **or** a statement setting forth why he is unable to do so.

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed with prejudice for his failure to comply with Court orders and/or for his failure to prosecute. See Fed.R. Civ. P. 41(b).**

IT IS SO ORDERED.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |